UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| JESUS JOSE PALMERONI | : | |
| a/k/a Joseph Palmeroni, | : | Case No.: 5:16-bk-03073-JJT |
| d/b/a JJP Consulting, LLC | : | |
| | : | |
| Debtor | : | |

| | | |
|---|---|---|
| N.V.E., INC. | : | |
| Plaintiff | : | |
| v. | : | Adversary No.: 5:17-ap-00145-JJT |
| | : | |
| JESUS JOSE PALMERONI | : | |
| | : | |
| Defendant | : | |

**ORDER ON MOTION WITH CONSENT OF DEFENDANT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 TO STAY ADVERSARY PROCEEDING PENDING RESOLUTION OF APPEAL TO THE UNITED STATES DISTRICT COURT OF THE BANKRUPTCY COURT'S ORDER OF JULY 24, 2017**

UPON CONSIDERATION of the Defendant's Motion pursuant to Federal Rule of Bankruptcy Procedure 8007 to Stay Adversary Proceeding Pending Appeal to the United States District Court of the Bankruptcy Court's Order of July 24, 2017 (the "Motion") and, upon consideration of the Defendant's counsel's representation that Plaintiff's counsel has consented to the stay relief requested by the Motion. It is hereby,

ORDERED and DECREED that the captioned Adversary Proceeding [is hereby stayed with respect to all action until the conclusion of the matter on appeal to the United States District Court and without the requiring the Defendant to secure a supersedeas bond.

By the Court,

*John J. Thomas, Bankruptcy Judge*
(PJR)

Dated: September 8, 2017